UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                              Criminal No. 25-mj-30487

v.

Jacob Nathaniel LEN,

       Defendant.

_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1.    That the defendant has been arrested on the complaint by law enforcement officers.

2.    That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

_s/Kathryn E. Boyles_
Kathryn E. Boyles
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9556
kathryn.boyles@usdoj.gov

Dated: August 4, 2025

**IT IS SO ORDERED.**

**s/Elizabeth A. Stafford**
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Entered: 8/4/2025